610-15

# ELECTRONIC RECORD

COA #   10-13-00160-CR

OFFENSE:   Aggravated Robbery

STYLE:   Araceli Tello v. The State of Texas

COUNTY:   Brazos

TRIAL COURT:   272nd District Court
TRIAL COURT #:   12-02891-CRF-272
TRIAL COURT JUDGE:   Hon. Travis B. Bryan III
DISPOSITION:   AFFIRMED

_____ MOTION
FOR REHEARING IS: _____
DATE: _____
JUDGE: _____

DATE:   April 23, 2015

JUSTICE:   Davis          PC          S   YES
PUBLISH: _____          DNP:   YES

CLK RECORD:   5/21/2013

SUPP CLK RECORD:   11/13/2013; 7/2/2014 and 9/25/2014

RPT RECORD:   3/4/2014
STATE BR:   12/30/2014
APP BR:   9/22/2014

SUPP RPT RECORD:   10/14/2013; 6/30/2014 and 10/14/2014
SUPP BR: _____
PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

CCA #   610-15

------------------

___PRO SE___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
___REFUSED___
DATE: _10/14/2015_
JUDGE: _[signature]_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____     DNP: _____

------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____